IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MILES THOMAS, | ) | CV 25-00127 HG-WRP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FERNANDA MANAI, TERRANCE MANAI, TULUTULU TARITA, KALEIKAUMAKA PIIMAUNA-STINEMAN, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DISMISS PLAINTIFF'S
COMPLAINT WITH LEAVE TO AMEND AND TO HOLD IN ABEYANCE
PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS (ECF No. 7)</u>

The Findings and Recommendation having been filed and served on all parties on April 30, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to Dismiss Plaintiff's Complaint with Leave to Amend and to Hold in Abeyance Plaintiff's Application to Proceed in Forma Pauperis (ECF No. 7) is adopted

//

//

//

as the opinion and order of this Court.

    IT IS SO ORDERED.

    Dated: Honolulu, Hawaii, May 28, 2025.

Helen Gillmor
United States District Judge

Miles Thomas v. Fernanda Manai, Terrance Manai, Tulutulu Tarita, Kaleikaumaka Piimauna-Stineman; 25-cv-00127-HG-WRP, Findings and Recommendation to Dismiss Plaintiff's Complaint With Leave To Amend and to Hold In Abeyance Plaintiff's Application To Proceed In Forma Pauperis (ECF No. 7).