IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MILES THOMAS, | ) | CV 25-00127 HG-WRP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FERNANDA MANAI, TERRANCE | ) | |
| MANAI, TULUTULU TARITA, | ) | |
| KALEIKAUMAKA PIIMAUNA- | ) | |
| STINEMAN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DISMISS CASE WITHOUT PREJUDICE
(ECF No. 10)

The Findings and Recommendation having been filed and served on all parties on July 3, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to Dismiss Case Without Prejudice (ECF No. 10) is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, July 21, 2025.

Helen Gillmor
United States District Judge